UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA N. WALTERS RHABB,<br><br>                    Plaintiff,<br><br>v.<br><br>RMISERVICES GROUP, LLC and TRACI ROBINSON,<br><br>                    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1009-CAP |

# J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, on review of Defendants' Motion to Dismiss and Compel arbitration, and the court having **granted** the motion as unopposed, and **ordered** the plaintiff to submit her individual claims to binding arbitration, it is

**Ordered and Adjudged** that this action is **DISMISSED.**

Dated at Atlanta, Georgia, this 18th day of July, 2016.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                              By:    s/Kayla Washington
                                                  Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   July 18, 2016
James N. Hatten
Clerk of Court

By: s/Kayla Washington
      Deputy Clerk